IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DANIELS,

    Plaintiff,                              No. 2:12-cv-1150 JAM EFB P

    vs.

CALIFORNIA ATTORNEY
GENERAL, et al.,

    Defendants.                       ORDER

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On June 26, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed June 26, 2012, are adopted in full;

3  2. This case is remanded to the Superior Court of the State of California in and for the County of Sacramento.

DATED: August 28, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE