IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DANIELS,

        Plaintiff,                    No. 2:12-cv-1150 JAM EFB P

        vs.

CALIFORNIA ATTORNEY
GENERAL, et al.,

        Defendants.             ORDER
_____/

        Plaintiff, a state prisoner, was proceeding pro se and in forma pauperis in this civil rights action. On August 28, 2012, the court remanded this action to the state court because plaintiff was not authorized to effect its removal. Dckt. Nos. 8, 13. Plaintiff subsequently filed a notice of appeal. Dckt. No. 14.

        Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." *See also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous). Here, plaintiff's appeal is not taken in good faith, and is frivolous. Plaintiff claimed to have removed this action from the Sacramento County Superior Court, but pursuant to 28 U.S.C. § 1441(a), only "the defendant or the defendants" may remove an action from state court.

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's in forma pauperis status
2   is revoked for purposes of his appeal.

4   DATED:   10/11/2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE